No. 98–1086. HORVATH *v.* OHIO STATE TEACHERS RETIRE-
MENT BOARD. Sup. Ct. Ohio. Certiorari denied. 

No. 98–1114. ONSTINE *v.* RAMALEY ET AL. C. A. 9th Cir.
Certiorari denied. 

No. 98–1157. SHABAZZ *v.* CONNECTICUT. Sup. Ct. Conn.
Certiorari denied. 

No. 98–1179. COMPAGNIE EURALAIR, S. A. *v.* GENERAL ELEC-
TRIC CO. C. A. 2d Cir. Certiorari denied. 

No. 98–1180. SCHAP *v.* UNITED STATES. C. A. Armed Forces.
Certiorari denied. 

No. 98–1185. IDARECIS *v.* UNITED STATES. C. A. 2d Cir.
Certiorari denied. 

No. 98–1205. ANDONIAN *v.* UNITED STATES (two judgments).
C. A. 9th Cir. Certiorari denied.

No. 98–1212. KIRK *v.* UNITED STATES. C. A. 5th Cir. Certio-
rari denied. 

No. 98–1232. DAYTON *v.* UNITED STATES. C. A. 11th Cir.
Certiorari denied. 

No. 98–6524. WALDEN *v.* UNITED STATES. C. A. 7th Cir.
Certiorari denied. 

No. 98–6559. HARTBARGER ET AL. *v.* UNITED STATES. C. A.
7th Cir. Certiorari denied. 

No. 98–6681. HUDSON, AKA BLACK, AKA BALK *v.* UNITED
STATES. C. A. D. C. Cir. Certiorari denied. 

No. 98–6891. SMITH *v.* UNITED STATES. C. A. 6th Cir. Cer-
tiorari denied. 

No. 98–7042. BOLIN *v.* NEVADA. Sup. Ct. Nev. Certiorari
denied. 

No. 98–7050. DAVIS *v.* ALABAMA. Sup. Ct. Ala. Certiorari
denied.